# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
|     Plaintiffs, | § | |
| | § | Case No. 6:15-cv-01168-JRG |
| v. | § | LEAD CASE |
| | § | |
| AVAYA INC., | § | |
| HUAWEI ENTERPRISE USA, INC., | § | Case No. 6:16-cv-00099-JRG |
|     Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Stipulation of Dismissal With Prejudice, filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Huawei Enterprise USA, Inc. ("Huawei") (Dkt. No. 232). The Court is of the opinion that the Stipulation is well-taken and the case should be **DISMISSED** under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2).

Accordingly, it is **ORDERED** that:

1. This action, and any and all claims in this case by Uniloc against Huawei, and by Huawei against Uniloc, are **DISMISSED WITH PREJUDICE**.

2. Uniloc and Huawei shall each bear their own attorney's fees, expenses and costs in this case.

3. All other relief requested between Uniloc and Huawei in this case that is presently unresolved by the Court is hereby **DENIED AS MOOT**.

The Clerk is **ORDERED** to terminate Huawei in lead case No. 6:15-cv-1168. The Clerk is directed to **CLOSE** member case No. 6:16-cv-99.

**So ORDERED and SIGNED this 20th day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE